# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN E. HAWKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THE WAYNESBURG COLLEGE, | ) ) | Civil Action No. 07-5 |
| Defendant/Third-Party Plaintiff, | ) ) ) ) | Judge Flowers Conti Magistrate Judge Caiazza |
| v. | ) ) | |
| EMERSON ELECTRIC COMPANY, *et al.*, | ) ) ) | |
| Third-Party Defendants. | ) | |

## MEMORANDUM ORDER

On January 29, 2007, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 30, 2007, the magistrate judge issued a Report (Doc. 54) recommending that the Third-Party Defendants' Motions to Dismiss (*see* Docs. 30, 33, 38) be granted in part and denied in part.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 7th day of January, 2007, IT IS HEREBY ORDERED that the Third-Party Defendants' Motions to Dismiss (*see* **Docs. 30, 33, 38**) are **GRANTED IN PART** and **DENIED IN PART**, as described in the magistrate judge's Report. The Report and Recommendation of Magistrate Judge Caiazza dated November 30, 2007 is hereby adopted as the opinion of the District Court.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc (via email):

Cindy Stine, Esq.
Howard M. Louik, Esq.
Dennis R. Very, Esq.
Pamela V. Collis, Esq.
Paul J. Walsh, III, Esq.
Thomas J. Madigan, Esq.
John Edward Wall, Esq.
Anthony J. Rash, Esq.